9963644

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>ALHAGI GASSIM CONTEH<br>a/k/a "Mook"<br><br>_____<br>*Defendant* | )<br>)   Case No.   1:24-MJ-136<br>)<br>)   **UNDER SEAL**<br>)<br>) |

2024 APR 11 12:05
UNITED STATES MARSHAL

2024 APR 12 A 9:25
FILED

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALHAGI GASSIM CONTEH a/k/a "Mook",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and 846.

Date:   04/11/2024

*Issuing officer's signature*: Lindsey R Vaala (Digitally signed by Lindsey R Vaala Date: 2024.04.11 10:14:21 -04'00')

City and state:   Alexandria, Virginia

The Hon. Lindsey R. Vaala, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/11/2024, and the person was arrested on *(date)* 4/12/2024
at *(city and state)* Alexandria, VA.

Date: 4/12/2024

*Arresting officer's signature*

SA Kyle Van Hecke
*Printed name and title*